# FINANCIAL DISCLOSURE REPORT

AO-10 Rev. 1/91

Report Required by the Ethics Reform Act of 1989. P.L. No. 101-194, November 30, 1989 (5 U.S.C.A. App. 5, §§101-111)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| LEONARD, TIMOTHY D. | United States District Court Western District of Oklahoma | 11/21/91 |

| 4. Title (Article III judges indicate active or senior status; Magistrate judges indicate full- or part-time) | 5. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge | X Nomination, Date 11/20/91 <br> X Initial ___ Annual ___ Final | 1/90 - 11/91 |

| 7. Chambers or Office Address |
|---|
| Room 4434, U.S. Courthouse <br> 200 Northwest 4th Street <br> Oklahoma City, OK 73102 |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 7-8 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions) | |
| United States Attorney | U.S. Department of Justice |
| Advisory Board Member | State Fair of Oklahoma (Resignation effective 11/11/91 |
| Board of Trustees | Donna Nigh Foundation (Resignation effective 12/1/91 |

## II. AGREEMENTS. (Reporting individual only; see p. 8-9 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ☒ NONE (No reportable agreements) | |
| | |
| | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 9-12 of Instructions.)

| DATE (Honoraria only) | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| ☐ NONE (No reportable non-investment income) | | |
| | Children's Medical Research, Inc. | $ S |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

Digitized by Google

# 649

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>LEONARD, TIMOTHY D. | Date of Report<br>11/21/91 |
|---|---|---|

## IV. REIMBURSEMENTS and GIFTS -- transportation, lodging, food, entertainment.
(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp.13-15 of Instructions.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| X | NONE (No such reportable reimbursements or gifts) | |
| 1 | EXEMPT | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |

## V. OTHER GIFTS.
(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp.15 of Instructions.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| X | NONE (No such reportable gifts) | | |
| 1 | EXEMPT | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES.
(Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp.16-18 of Instructions.)

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| X | NONE (No reportable liabilities) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |

* VALUE CODES: J = $15,000 or less    K = $15,001 to $50,000    L = $50,001 to $100,000    M = $100,001 to $250,000
N = $250,001 to $500,000    O = $500,001 to $1,000,000    P = More than $1,000,000

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>LEONARD, TIMOTHY D. | Date of Report<br>11/21/91 |
|---|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of Instructions.)

| | A. Description of Assets (including trust assets) | B. (1) Amount Code (A-H) | B. (2) Type (e.g. div., rent or Int.) | C. (1) Value Code (J-P) | C. (2) Value Method Code (Q-U) | D. Transactions during reporting period EXEMPT | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | (1) Type | (2) Date | (3) Value Code | (4) Gain Code | (5) Identity of buyer/seller |
| | NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| | 1 160 acres farmland Beaver County, OK | B | Rent | K | R | *[See Part VIII] | | | | |
| | 2 Oil & Gas Royalty Interest Beaver County, OK | D | Share Prod. | K | W | | | | | |
| | 3 Oil & Gas Working Interest Beaver County, OK | D | Share Prod. | K | W | | | | | |
| | 4 Oil & Gas Royalty Interest Meade County, KS | A | Share Prod. | J | W | | | | | |
| | 5 Personal IRA Acct. Bank of Beaver, Beaver County, OK | A | Int. | K | T | | | | | |
| S | 6 Personal IRA Acct. Bank of Beaver, Beaver County, OK | A | Int. | K | T | | | | | |
| | 7 Okla Public Employee Retirement. OKC. OK | A | Divers | K | T | | | | | |
| | 8 Cash Value Life Ins. Provident Co., Chattanooga TN | A | Int. | J | T | | | | | |
| | 9 Equity Bank, OKC, OK Interest on Acct | B | Int. | J | T | | | | | |
| S | 10 Nichols Hills Bank, OKC, OK. Bank Acct. | A | Int. | J | T | | | | | |
| | 11 Leonard Joint Venture Beaver County, OK 20% Int | A | Work. Int. | J | V | *[ | | 1 | | |
| | 12 LT&K Joint Venture, Beaver County, OK 53 1/3% Int | D | Work. Int. | J | V | *[See Part VIII] | | | | |
| | 13 Alpha Marlin Drilling, OKC OK, Limited Partner | D | Work. Int. | J | V | *[ | | 1 | | |
| DC | 14 Kirstin Leonard Irrev. Trust Royalty Int. Beaver Co., OK | C | Prod. | K | W | | | | | |
| DC | 15 Cash Value Life Ins. New York Like Ins. | B | Int. | K | T | | | | | |
| DC | 16 Bank of Beaver - Checking Beaver County, OK | A | Int. | J | T | | | | | |
| DC | 17 100 Shares Kerr McGee | A | Div. | J | T | | | | | |
| DC | 18 Ryan Leonard Irrev. Trust Royalty Int. Beaver Co., OK | C | Prod. | K | W | | | | | |
| DC | 19 Bank of Beaver, CD Beaver County, OK | B | Int. | K | T | | | | | |
| DC | 20 Equity Bank - CD Okla. City, OK | B | Int. | K | T | | | | | |

1 Income/Gain Codes: A=$1,000 or less B=$1,001 to $2,500 C=$2,501 to 5,000 D=$5,001 to $15,000 (See Col. B1 & D4) E=$15,001 to $50,000 F=$50,001 to $100,000 G=$100,000 to $1,000,000 H=More than $1,000,000
2 Value Codes: J=$15,000 or less K=$15,001 to $50,000 L=$50,001 to $100,000 M=$100,001 to $250,000 (See Col. C1 & D3) N=$250,001 to $500,000 O=$500,001 to $1,000,000 P=More than $1,000,000
3 Value Method Codes: Q=Appraisal R=Cost (real estate only) S=Assessment T=Cash/Market (See Col. C2) U=Book Value V=Other W=Estimated

Digitized by Google

## 651

ATTACHMENT 1

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | LEONARD, TIMOTHY D. | 11.21.91 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of Instructions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period (1) Amt. Code (A-B) | (2) Type (e.g. div.; rent or Int.) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period EXEMPT (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month Day | If not exempt from disclosure (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1 Cash Value Life Ins. X New York Life Ins. | B | Int. | K | T | | | | | |
| 2 X 100 Shares Kerr McGee | A | Div. | J | T | | | | | |
| 3 Tyler Leonard Irrev. Trust X Royalty Int. Beaver Co., OK | C | Prod. | K | W | | | | | |
| 4 Bank of Beaver CD X Beaver Co., OK | B | Int. | K | T | | | | | |
| 5 Equity Bank CD X Okla. City. OK | C | Int. | K | T | | | | | |
| 6 Cash Value Life Ins. X New York Life Ins. | B | Int. | K | T | | | | | |
| 7 X 100 Shares Kerr McGee | A | Div. | J | T | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |
| 18 | | | | | | | | | |
| 19 | | | | | | | | | |
| 20 | | | | | | | | | |

1 Income/Gain Codes: (See Col. B1 & D4) A=$1,000 or less B=$1,001 to $2,500 C=$2,501 to 5,000 D=$5,001 to $15,000 F=$50,001 to $100,000 G=$100,001 to $1,000,000 H=more than $1,000,000
2 Value Codes: (See Col. C1 & D3) J=$15,000 or less K=$15,001 to $50,000 L=$50,001 to $100,000 N=$100,001 to $250,000 O=$500,001 to $1,000,000 P=more than $1,000,000
3 Value Method Codes: (See Col. C2) Q=Appraisal R=Cost (real estate only) S=Assessment T=Cash/Market U=Book Value V=Other W=Estimated

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>LEONARD, TIMOTHY D. | Date of Report<br>11/21/91 |
|---|---|---|

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate part of Report.)

Part VII - #1   160 acres farmland (surface only) purchased in July 1980 for $50,000.

Surrounding sales would indicate the property has depreciated in value since purchase.

Part VII - #11, #12, and #13   Values were determined on these properties by sale of interest in these properties during reporting period.

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 7, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature  *Timothy D. Leonard*                               Date  11-22-91

NOTE:   ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, § 104, AND 18 U.S.C. § 1001.)

---

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Judicial Ethics Committee
Administrative Office of the
United States Courts
Washington, DC  20544

Digitized by Google